**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SONIA FALK | ) | No. 12-C-1384 |
| | ) | |
| Plaintiff, | ) | Judge Ruben Castillo |
| | ) | |
| v. | ) | |
| | ) | |
| KANE COUNTY SHERRIFF, et. al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**MOTION FOR JUDGMENT OF DAMAGES**

NOW COMES Plaintiff, Sonia Falk, moving for a Judgment of Damages under F.R.Civ.P. Rule 55 against Defendant Wells Fargo Bank. In support thereof, Plaintiff states as follows:

1. The Complaint (Dkt. 1) and Summons (Dkt. 47) were served via certified mail and signed for by Tom Jarvis on February 4, 2013. Default Judgment was entered against Wells Fargo Bank on Counts III, IV, V, VI, and VII on March 7, 2013. (Dkt. 51.) Pursuant to F.R.Civ.P. 55(b), Plaintiff submits her Declaration in support of her damages. (Ex. A, Falk Declaration.)

2. As stated in her Declaration, Plaintiff's damages which stem from Wells Fargo Bank's unlawful conduct total $150,000.00. This amount does not represent the total amount that Plaintiff would seek at trial. Plaintiff will attest to her affidavit in Court.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion for Judgment of Damages.

RESPECTFULLY SUBMITTED,

/s/ Christopher R. Smith
Attorney for Plaintiff

Christopher Smith
Robert Johnson
Amanda Antholt
James Baranyk
Smith, Johnson & Antholt LLC
1 N. LaSalle, Suite 3040
Chicago, IL 60602
312.432.0400

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing Motion for Judgment of Damages was served on counsel for all Defendants by electronic means on June 28, 2013, and to Defendant Wells Fargo Bank, by certified mail.

/s/ Christopher R. Smith
Attorney for Plaintiff