## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sonia Falk, | ) | |
|     Plaintiff | ) | Case No: 12 C 1384 |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| Kane County Sheriff, et al. | ) | |
|     Defendant | ) | |

## **ORDER**

Motion hearing held on 7/17/2013. Defendant Wells Fargo Bank failed to appear. Plaintiff's motion for judgment on damages against defendant Wells Fargo Bank [60] is granted. Judgment is entered in favor of the plaintiff and against the defendant, Wells Fargo Bank in the total amount of $128,000.

(T:) 0:05

Date:  7/17/2013          /s/ Ruben Castillo